IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHIKE UZUEGBUNAM and JOSEPH BRADFORD,<br><br>   Plaintiffs,<br>v.<br><br>STANLEY C. PRECZEWSKI, et al.,<br><br>   Defendants. | Civil Action No.:<br>1:16-cv-04658-ELR |

## DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR A MAGISTRATE-HOSTED SETTLEMENT CONFERENCE

COME NOW Defendants in the above styled civil action, by and through the undersigned counsel, the Attorney General for the State of Georgia, and respectfully submit this Response in Opposition to Plaintiffs' Motion for a Magistrate-Hosted Settlement Conference, showing this Court the following:

1. On March 17, 2017, Defendants filed a Motion to Dismiss Plaintiffs' Amended Complaint in its entirety (Doc. 18).

2. Subsequently, on March 31, 2017, Defendants filed a Motion to Dismiss for Mootness (Doc. 21) based on the fact that Defendants have significantly revised the free speech and disorderly conduct policies that Plaintiffs challenge in this case.

3. Both motions are case-dispositive and currently await a ruling from this Court.

4. Despite the dispositive nature of the pending motions, Plaintiffs request that the Court order the parties to attend a magistrate-hosted settlement conference so that Defendants will agree to make additional changes to the already-revised policies. (Doc. 33). Plaintiffs' motion makes it clear that they do not have an interest in compromise or settlement and have instead requested the settlement conference for the purpose of forcing Defendants to agree to make further changes to the revised policies.

5. Defendants oppose Plaintiffs' request on several grounds.

6. As an initial matter, Plaintiffs' request is premature, as this Court has not yet ruled on the pending Motion to Dismiss (Doc. 18) or Motion to Dismiss for Mootness (Doc. 21).

7. Additionally, as Plaintiffs admit in their request, they have already asked defense counsel to make additional changes to the revised policies. (Doc. 33 at ¶ 9). Defense counsel declined to do so on the grounds that the policies, including the current version of the policies with the most recent policy revisions, are the result of substantial deliberation; comport with the Constitution; and provide Georgia Gwinnett College's students with significant protection of their First Amendment free speech rights.

8. As a result, a settlement conference held for the purpose of allowing Plaintiffs to dictate their preferred changes to the revised policies would be futile and would waste judicial resources.

9. Defendants reiterate that the revised policies moot Plaintiffs' requests for injunctive and declaratory relief, as set forth in more detail in their Motion to Dismiss for Mootness (Doc. 21) and Reply (Doc. 32), which are incorporated herein by reference.

10. For the foregoing reasons, Defendants request that this Court deny Plaintiffs' request for a magistrate-held settlement conference on the grounds that the request is premature, futile, and would not be helpful to the parties at this juncture in the case.

Respectfully submitted,

CHRISTOPHER M. CARR          112505
Attorney General

KATHLEEN M. PACIOUS          558555
Deputy Attorney General

ROGER CHALMERS               118720
Senior Assistant Attorney General

*/s/ Ellen Cusimano*
ELLEN CUSIMANO               844964
Assistant Attorney General

Please address all communications to:

Ellen Cusimano
Assistant Attorney General
Department of Law, State of Georgia
40 Capitol Square, S.W.
Atlanta, Georgia  30334-1300
Telephone: (404) 657-4355
Facsimile:  (404) 651-5304
E-mail: ecusimano@law.ga.gov

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing document has been prepared in Times New Roman (14 point) and fully complies with the font and point selection requirements of LR 5.1(B), N.D. Ga.

*/s/ Ellen Cusimano*
ELLEN CUSIMANO

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date I have electronically filed the foregoing **DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR A MAGISTRATE-HOSTED SETTLEMENT CONFERENCE** using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record as follows:

**David A. Cortman**
**Travis C. Barham**
**Alliance Defending Freedom**
**1000 Hurricane Shoals Rd. NE, Suite D-1100**
**Lawrenceville, GA  30043**

**Casey Mattox**
**Alliance Defending Freedom**
**440 1st Street, NW, Ste. 600**
**Washington, D.C. 20001**

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  **NONE.**

This 12th day of July, 2017.

/s/ Ellen Cusimano
ELLEN CUSIMANO