This document contains confidential information. The unauthorized possession, use, reproduction, distribution, display or disclosure of this material is prohibited.

```
Student No: 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    Date of Birth: 06-APR-1993                                            Date Issued: 17-APR-2018

                                                                                                 EXTL
                                                                                                 Page:    1
  Issued To: GGC
             *** WARNING ***
             -- NO ADDRESS --



  Record of: Chike Uzuegbunam

       Level: Undergraduate Semester System
Student Type: Post-Baccalaureate                         SUBJ NO.   CMP COURSE TITLE              CRED GRD       PTS R

  High School: Loganville High School 16-MAY-2011        _____

                                                         Transfer Information continued:
Current Program                                          GGC  1999      First Year Seminar           2.00 BT
Post Bac                                                 HIST 2112      Survey of US History II      3.00 BT
          Program : Post-Baccalaureate                        Ehrs:   8.00 GPA-Hrs:   8.00 Pts:    27.00 GPA: 3.37
          College : No College Designated
            Major : Undeclared                           Fall 2011          Georgia Southern University

Degree Awarded Bachelor of Science 11-AUG-2017           GEOL 1121      Intr Geosciences I           3.00 BT
    Ehrs:   70.00 GPA-Hrs:   70.00 Pts:    234.00 GPA: 3.34   GEOL 1121L Intr Geosciences I Lab      1.00 BT
Primary Degree                                           GGC  1999      Global Citizens              1.00 AT
          Program : BS Exc Sci-Wellness Promotion        MATH 1111      College Algebra              3.00 AT
          College : School of Science & Technology       PHED 1101      Choices for Life             2.00 AT
            Major : EXSC Wellness Promotion Conc         SOCI 1101      Intro to Sociology           3.00 CT
Previous College(s):                                          Ehrs:  13.00 GPA-Hrs:  13.00 Pts:    42.00 GPA: 3.23
  Georgia Southern University                           Spring 2012          Georgia Southern University

CPCE: N    CPCM: N    CPCSC: N    CPCSS: N    CPCFL: N    CPCT: 0    ENGL 1102  English Composition II    3.00 AT
                                                         GGC  1999      First Year Seminar           2.00 AT
US/H: S   US/C: S   GA/H: S   GA/C: S                    MATH 1113      Precalculus                  3.00 AT
                                                         PHED 1999      Basketball                   1.00 AT
RTPW: Passed   RTPR: Passed                                   Ehrs:   9.00 GPA-Hrs:   9.00 Pts:    36.00 GPA: 4.00

SUBJ NO.   CMP COURSE TITLE              CRED GRD       PTS R Fall 2012          Georgia Southern University
_____
                                                         ITEC 2120      Intro to Programming         3.00 CT
TRANSFER CREDIT ACCEPTED BY THE INSTITUTION:             MATH 2200      Calculus I                   4.00 BT
                                                              Ehrs:   7.00 GPA-Hrs:   7.00 Pts:    18.00 GPA: 2.57
Summer 2011        Georgia Southern University

ENGL 1101      English Composition I        3.00 AT

******************* CONTINUED ON NEXT COLUMN ******************* ******************* CONTINUED ON PAGE   2  *******************
```

This document contains confidential information. The unauthorized possession, use,
reproduction, distribution, display or disclosure of this material is prohibited.

```
Student No: 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    Date of Birth: 06-APR-1993              Date Issued: 17-APR-2018

                                                                   EXTL
 Record of: Chike   Uzuegbunam                                     Page:    2
       Level: Undergraduate Semester System
SUBJ NO.  CMP COURSE TITLE            CRED GRD     PTS R SUBJ NO.  CMP COURSE TITLE            CRED GRD     PTS R
_____

Transfer Information continued:                  Institution Information continued:

Spring 2013       Georgia Southern University    Spring 2014
                                                   School of Health Sciences
BIOL 2151    H Anat, Physiology I       3.00 CT    Pre-Nursing
BIOL 2999    Nutrition and Health       3.00 BT    Continuing
MATH 2000    Elementary Statistics      3.00 BT  ARTS 1100 A   Art Appreciation          3.00 A       12.00
POLS 1101    American Government        3.00 CT  BIOL 2451KA   Human Anatomy & Physiology I  4.00 B   12.00
     Ehrs:  12.00 GPA-Hrs:  12.00 Pts:  30.00 GPA: 2.50  PSYC 1102 A   The Psychological Exper   3.00 C    6.00
                                                   Term:  Ehrs:  10.00 GPA-Hrs:  10.00 Pts:  30.00 GPA: 3.00
INSTITUTION CREDIT:                                                     Good Standing

Summer 2012                                      Summer 2014
  No College Designated                            School of Health Sciences
  Undeclared                                       Pre-Nursing
  Transient                                        Continuing
CHEM 1211KA  Principles Chemistry I w/Lab  4.00 A  16.00 PSYC 2500 A   Intro to Develp Psych     3.00 A   12.00
MATH 1113 A  Precalculus                4.00 A  16.00    Term:  Ehrs:   3.00 GPA-Hrs:   3.00 Pts:  12.00 GPA: 4.00
  Term:  Ehrs:   8.00 GPA-Hrs:   8.00 Pts:  32.00 GPA: 4.00                Good Standing
Dean's List                   Good Standing
                                                 Fall 2014
Fall 2013                                          School of Health Sciences
   School of Science & Technology                  Pre-Nursing
   Exercise Science Clinical Conc                  Continuing
   New Undergraduate Transfer                    BIOL 2452KA   Human Anatomy & Physiology II 4.00 B   12.00
BIOL 1107KA  Principles of Biology I w/Lab 4.00 C  8.00 BIOL 2516KA   Microbiology-Health Sciences  4.00 A  16.00
BIOL 2451KA  Human Anatomy & Physiology I  4.00 W  0.00    Term:  Ehrs:   8.00 GPA-Hrs:   8.00 Pts:  28.00 GPA: 3.50
ITEC 1001 A  Intro to Computing         4.00 B  12.00                      Good Standing
  Term:  Ehrs:   8.00 GPA-Hrs:   8.00 Pts:  20.00 GPA: 2.50
                              Good Standing     Spring 2015
                                                   School of Health Sciences
                                                   Pre-Nursing
                                                   Continuing
                                                 CHEM 1212KA   Principles Chemistry II w/Lab  4.00 B   12.00
                                                 GEOG 1101 A   Intro to Human Geography-INTL  3.00 A   12.00
                                                 HIST 1111 A   Survey of World History I      3.00 A   12.00
                                                   Term:  Ehrs:  10.00 GPA-Hrs:  10.00 Pts:  36.00 GPA: 3.60
                                                 Dean's List                  Good Standing

******************* CONTINUED ON NEXT COLUMN ******************* ******************** CONTINUED ON PAGE   3 *******************
```

This document contains confidential information. The unauthorized possession, use,
reproduction, distribution, display or disclosure of this material is prohibited.

```
Student No: 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    Date of Birth: 06-APR-1993              Date Issued: 17-APR-2018

                                                                   EXTL
  Record of: Chike   Uzuegbunam                                    Page:    3
       Level: Undergraduate Semester System

SUBJ NO.  CMP  COURSE TITLE              CRED GRD     PTS R  SUBJ NO.  CMP  COURSE TITLE              CRED GRD     PTS R
_____

Institution Information continued:                           Institution Information continued:

Fall 2015                                                    Fall 2016
   School of Science & Technology                               School of Science & Technology
   EXSC Wellness Promotion Conc                                 EXSC Wellness Promotion Conc
   Continuing                                                   Continuing
EXSC 3000 A    Intro Ex. Sci & Wellness Prom.  3.00 B    9.00  EXSC 3150 A    Resistance Tr Applications  3.00 A    12.00
EXSC 3101KA    Exercise Physiology             4.00 D    0.00 E EXSC 3350 A   Community Wellness          3.00 A    12.00
ITEC 2110 A    Digital Media                   4.00 A   16.00  EXSC 3500KA    Biomechanics                4.00 B    12.00
  Term:  Ehrs:    7.00 GPA-Hrs:    7.00 Pts:   25.00 GPA: 3.57   Term:  Ehrs:   10.00 GPA-Hrs:   10.00 Pts:   36.00 GPA: 3.60
                             Good Standing                     Dean's List                        Good Standing

Spring 2016                                                  Spring 2017
   School of Science & Technology                               School of Science & Technology
   EXSC Wellness Promotion Conc                                 EXSC Wellness Promotion Conc
   Continuing                                                   Continuing
EXSC 3101KA    Exercise Physiology             4.00 B   12.00 I EXSC 4200 A   Epidemiology & Physical Act.  3.00 A   12.00
EXSC 3200 A    Psychsoc Aspects Health & Well  3.00 B    9.00  EXSC 4300 A    Worksite Health Promotion   3.00 B     9.00
PHYS 1111KA    Introduction to Physics I       4.00 A   16.00  EXSC 4400 A    Wellness Promotion Prog Plan 4.00 B   12.00
  Term:  Ehrs:   11.00 GPA-Hrs:   11.00 Pts:   37.00 GPA: 3.36 EXSC 4420 A    Rehabilitation Tech Sports Med 3.00 C  6.00
                             Good Standing                      Term:  Ehrs:   13.00 GPA-Hrs:   13.00 Pts:   39.00 GPA: 3.00
                                                                                                Good Standing
Summer 2016
   School of Science & Technology                             Summer 2017
   EXSC Wellness Promotion Conc                                  School of Science & Technology
   Continuing                                                    EXSC Wellness Promotion Conc
EXSC 3800 A    Nutrition in Health & Exercise  3.00 B    9.00    Continuing
  Term:  Ehrs:    3.00 GPA-Hrs:    3.00 Pts:    9.00 GPA: 3.00 EXSC 4700 A    Internship in Exercise Science 3.00 A   12.00
                             Good Standing                      Term:  Ehrs:    3.00 GPA-Hrs:    3.00 Pts:   12.00 GPA: 4.00
                                                                                                Good Standing

                                                             Fall 2017
                                                                No College Designated
                                                                Undeclared
                                                                Post-Baccalaureate
                                                             PHED 1101 A    Choices for Life            1.00 A     4.00
                                                               Term:  Ehrs:    1.00 GPA-Hrs:    1.00 Pts:    4.00 GPA: 4.00
                                                                                                Good Standing
```

******************* CONTINUED ON NEXT COLUMN ******************* ********************* CONTINUED ON PAGE   4  *******************

This document contains confidential information. The unauthorized possession, use,
reproduction, distribution, display or disclosure of this material is prohibited.

```
Student No: 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    Date of Birth: 06-APR-1993                    Date Issued: 17-APR-2018

                                                                          EXTL
  Record of: Chike   Uzuegbunam                                           Page:    4
      Level: Undergraduate Semester System

Institution Information continued:

  ********* BEGIN UNDERGRADUATE SEMESTER SYSTEM TOTALS *********
              Earned Hrs  GPA Hrs    Points     GPA
TOTAL INSTITUTION   95.00    95.00    320.00    3.36

TOTAL TRANSFER      49.00    49.00    153.00    3.12

OVERALL            144.00   144.00    473.00    3.28

REGENTS             99.00    99.00    324.00    3.27


ACADEMIC STANDING              Good Standing
  ********** END UNDERGRADUATE SEMESTER SYSTEM TOTALS *********
  ******************** END OF TRANSCRIPT **********************
```

This document contains confidential information. The unauthorized possession, use,
reproduction, distribution, display or disclosure of this material is prohibited.