IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHIKE UZUEGBUNAM, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> STANLEY C. PRECZEWSKI, *et al.*, <br><br> *Defendants*. | Case No. 1:16-cv-04658-ELR <br><br> THE HONORABLE ELEANOR L. ROSS |

**PLAINTIFF JOSEPH BRADFORD'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiff Joseph Bradford voluntarily dismisses all claims brought in his First Amended Verified Complaint in the above-captioned case. *See* 1st Am. V. Compl., Doc. 13.

Respectfully submitted this the 9th day of February, 2022.

*/s/ Travis C. Barham*

DAVID A. CORTMAN
Georgia Bar No. 188810
TRAVIS C. BARHAM
Arizona Bar No. 024867
Georgia Bar No. 753251
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Road N.E.,
Ste. D-1100
Lawrenceville, Georgia 30043
Telephone: (770) 339–0774
Facsimile: (770) 339–6744
dcortman@ADFlegal.org
tbarham@ADFlegal.org

TYSON C. LANGHOFER*
Arizona Bar No. 032589
ALLIANCE DEFENDING FREEDOM
44180 Riverside Parkway
Lansdowne, Virginia 20176
Telephone: (571) 707–4655
Facsimile: (571) 707–4656
tlanghofer@ADFlegal.org


\* Admitted *pro hac vice.*

*Attorneys for Plaintiffs*

<h1 style="text-align:center">CERTIFICATE OF SERVICE</h1>

I hereby certify that on the 9th day of February, 2022, I electronically filed a true and accurate copy of the foregoing document with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to the following attorneys of record:

>CHRISTOPHER CARR
>Attorney General
>KATHLEEN M. PACIOUS
>Deputy Attorney General
>ROGER CHALMERS
>Senior Assistant Attorney General
>ELLEN CUSIMANO
>Assistant Attorney General
>40 Capitol Square, Southwest
>Atlanta, Georgia 30334-1300
>Telephone: (404) 463–8850
>Facsimile: (404) 651–5304
>rchalmers@law.ga.gov
>ecusimano@law.ga.gov

*Attorneys for Defendants*

Respectfully submitted on this the 9th day of February, 2022.

*/s/ Travis C. Barham*
Travis C. Barham
*Attorney for Plaintiffs*