

# GEORGIA DEPARTMENT OF LAW
40 Capitol Square SW
Atlanta, Georgia 30334-1300

CHRISTOPHER M. CARR
ATTORNEY GENERAL

www.law.ga.gov
(404) 458-3600

Writer's Direct Dial
(470) 355-2764

January 19, 2022

**VIA FEDERAL EXPRESS
OVERNIGHT DELIVERY**

Travis C. Barham
Alliance Defending Freedom
1000 Hurricane Shoals Road – Suite D-1100
Lawrenceville, GA   30043

Dear Mr. Barham:

Please find enclosed two checks issued by the State of Georgia, Department of Administrative Services – Risk Management Services (DOAS):

- Check No.  33015318 in the amount of $1 and made payable to Alliance Defending Freedom and Chike Uzuegbunam

- Check No. 33015319 in the amount of $1 and made payable to Alliance Defending Freedom and Joseph Bradford

These checks provide Plaintiffs with all of the relief that they could obtain by a favorable judgment on their remaining substantive law claims:  Nominal damages for the alleged past infringement of their constitutional rights.  Defendants hereby remit these sums to bring this litigation to a close. If there is any problem or issue with the payees listed on either check in its current form, please let me know and I will have DOAS issue a check with the necessary correction.

Sincerely,

Ellen Cusimano
Assistant Attorney General

EC/vr