

ALLIANCE DEFENDING
FREEDOM
FOR FAITH. FOR JUSTICE

9 February 2022

**_Via United Parcel Service_**
Mr. Roger Chalmers
Senior Assistant Attorney General
Ms. Ellen Cusimano
Assistant Attorney General
40 Capitol Square, Southwest
Atlanta, Georgia 30334

    **_Re: Tendered Payments in Uzuegbunam v. Preczewski_**

Dear Mr. Chalmers and Ms. Cusimano,

    Please find enclosed the two checks for $1.00, payable to Plaintiffs Chike Uzueg-bunam and Joseph Bradford respectively, that you sent us with your letter of January 19, 2022. Contrary to your assertions, these checks do not provide our clients with all the relief they could obtain by a favorable judgment on their constitutional claims, and tendering these checks does not "bring this litigation to a close." Our clients do not accept your proffered checks as payments for their claims, and to the extent that these checks represented a settlement offer, our clients reject it. Thus, we are return-ing them to you undeposited.

               Sincerely,

               Travis C. Barham
               Senior Counsel
               ALLIANCE DEFENDING FREEDOM

**STATE OF GEORGIA**
**Department of Administrative Services - Risk Management Services**
200 Piedmont Ave SE, Suite 1208 West Tower
Atlanta, GA  30334-9010

Page: 1

Payee: **ALLIANCE DEFENDING FREEDOM**
**AND JOSEPH BRADFORD**
**1000 HURRICANE SHOALS RD NE**
**SUITE D-1100**
**LAWRENCEVILLE, GA 30043-4826**

| | |
|---|---|
| Check Number: | **33015319** |
| Check Date: | **01/13/2022** |
| Check Amount: | **$ 1.00** |

RTA

ALL PAYMENTS DETAILED BELOW ARE INCLUDED IN THIS CHECK.

Payment Type: **LI-Personal Injury/1099**          Invoice Amt.: **$ 1.00**     Amount Paid: **$ 1.00**
Claim #: **GL201604152**          Date of Injury: **12/19/2016**     Invoice Date:          Period:          to
Claimant: **Bradford, Joseph**          Invoice No.:          Account No.:
Employer: **BOR-Georgia Gwinnett College**
Memo: **Full &  Final Settlement of All Claims**
Claim Adjuster: Trail, Lee          Telephone: (678)325-2646          Control #: 11806184

REMITTANCE STATEMENT - PLEASE DETACH BEFORE DEPOSITING



THIS CHECK CONTAINS KANT KOPY® VOID SECURITY FEATURE AND OTHER SECURITY FEATURES.

**STATE OF GEORGIA**
**Department of Administrative Services - Risk Management Services**
**200 Piedmont Ave SE, Suite 1208 West Tower**
**Atlanta, GA  30334-9010**

WELLS FARGO BANK N.A.
SAVANNAH, GA 31401          64 - 975 / 612

| DATE | CHECK NO. |
|---|---|
| 01/13/2022 | 33015319 |

| AMOUNT |
|---|
| $********************1.00 |

VOID AFTER 180 DAYS

**PAY     One Dollars And 00/100**

TO THE
ORDER
OF

**ALLIANCE DEFENDING FREEDOM**
**AND JOSEPH BRADFORD**
**1000 HURRICANE SHOALS RD NE**
**SUITE D-1100**
**LAWRENCEVILLE, GA 30043-4826**

MP

⑆33015319⑆ ⑈061209756⑈ 20799004168621⑆



**STATE OF GEORGIA**
Department of Administrative Services - Risk Management Services
200 Piedmont Ave SE, Suite 1208 West Tower
Atlanta, GA  30334-9010

Page: 1

| | |
|---|---|
| Check Number: | **33015318** |
| Check Date: | **01/13/2022** |
| Check Amount: | **$ 1.00** |

RTA

ALL PAYMENTS DETAILED BELOW ARE INCLUDED IN THIS CHECK.

Payee:  **ALLIANCE DEFENDING FREEDOM
AND CHIKE UZUEGBUNAM
1000 HURRICANE SHOALS RD. NE
SUITE D-1100
LAWRENCEVILLE, GA 30043-4826**

| | | | |
|---|---|---|---|
| Payment Type: | **LI-Personal Injury/1099** | Invoice Amt.: **$ 1.00** | Amount Paid: **$ 1.00** |
| Claim #: | **GL201604152** | Date of Injury: **12/19/2016** | Invoice Date: | Period: to |
| Claimant: | **Uzuegbunam, Chike** | Invoice No.: | Account No.: |
| Employer: | **BOR-Georgia Gwinnett College** | | |
| Memo: | **Full & Final Settlement of All Claims** | | |
| Claim Adjuster: | Trail, Lee | Telephone: (678)325-2646 | Control #: 11806155 |

REMITTANCE STATEMENT - PLEASE DETACH BEFORE DEPOSITING

