# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:16-cv-04658-ELR
## Uzuegbunam v. Preczewski et al
## Honorable Christopher C. Bly

Minute Sheet for proceedings held In Open Court on 03/15/2022.

TIME COURT COMMENCED: 9:33 A.M.
TIME COURT CONCLUDED: 1:53 P.M.
TIME IN COURT: 04:20
OFFICE LOCATION: Atlanta
TAPE NUMBER: FTR
DEPUTY CLERK: James Jarvis

ATTORNEY(S) PRESENT: Travis Barham and David Cortman representing Chike Uzuegbunam

Angela Ellen Cusimano and Roger Chalmers representing Aileen C. Dowell, Catherine Jannick Downey, Corey Hughes, Gene Ruffin, Jim B. Fatzinger, Lois C. Richardson, Rebecca A. Lawler, Shenna Perry, Stanley C. Preczewski, Terrance Schneider, Tomas Jiminez

OTHER(S) PRESENT: Jerome Wright, Lee Trail, Susan Setterstrom - representatives for the Georgia Department of Administrative Services
Josiah Heidt - legal counsel for the University System of Georgia

PROCEEDING CATEGORY: Settlement Conference

MINUTE TEXT: The parties participated in a settlement conference. The parties reached a settlement agreement. The parties anticipate filing the joint stipulation of dismissal in July 2022.