# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| CHIKE UZUEGBUNAM, | * | |
| Plaintiff, | * | |
| v. | * | 1:16-CV-04658-ELR |
| STANLEY C. PRECZEWSKI, et al., | * | |
| Defendants. | * | |

_____

# **O R D E R**
_____

On Tuesday, March 15, 2022, the Parties in this matter attended mediation before Magistrate Judge Christopher C. Bly. During mediation, the Parties announced that they have reached a settlement in principle. Thus, for good cause shown, the Court **DIRECTS** the Clerk to **ADMINISTRATIVELY CLOSE** this case.[1] The Parties shall file a stipulation of dismissal upon finalization of the settlement documents. If settlement fails, the Parties should promptly move to reopen the case.

---

[1] The Court notes that administrative closure will not prejudice the rights of any Party to this litigation. A Party need only file a motion to reopen the case if they so choose.

**SO ORDERED**, this 15th day of March, 2022.

_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia