**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **CHIKE UZUEGBUNAM**, <br><br>　　　　　　　　　*Plaintiff*, <br><br>　　v. <br><br>**STANLEY C. PRECZEWSKI**, *et al.*, <br><br>　　　　　　　　　*Defendants*. | Case No. 1:16-cv-04658-ELR <br><br> **THE HONORABLE ELEANOR L. ROSS** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Chike Uzuegbunam and Defendants Stanley C. Preczewski, Lois C. Richardson, Jim B. Fatzinger, Tomas Jiminez, Aileen C. Dowell, Gene Ruffin, Catherine Jannick Downey, Terrance Schneider, Corey Hughes, Rebecca A. Lawler, and Shenna Perry, through counsel, stipulate that the above-styled action, and all claims asserted or that could have been asserted therein, be dismissed with prejudice.

Respectfully submitted this the 22nd day of June, 2022.

| /s/ Travis C. Barham | /s/ Ellen Cusimano |
|---|---|
| DAVID A. CORTMAN | CHRISTOPHER CARR |
| Georgia Bar No. 188810 | Attorney General |
| TRAVIS C. BARHAM | KATHLEEN M. PACIOUS |
| Arizona Bar No. 024867 | Deputy Attorney General |
| Georgia Bar No. 753251 | ROGER CHALMERS |
| ALLIANCE DEFENDING FREEDOM | Senior Assistant Attorney General |
| 1000 Hurricane Shoals Road N.E., Ste. D-1100 | ELLEN CUSIMANO |
| Lawrenceville, Georgia 30043 | Assistant Attorney General |
| Telephone: (770) 339–0774 | 40 Capitol Square, Southwest |
| Facsimile: (770) 339–6744 | Atlanta, Georgia 30334-1300 |
| dcortman@ADFlegal.org | Telephone: (404) 463–8850 |
| tbarham@ADFlegal.org | Facsimile: (404) 651–5304 |
| | rchalmers@law.ga.gov |
| | ecusimano@law.ga.gov |
| TYSON C. LANGHOFER* | |
| Arizona Bar No. 032589 | |
| ALLIANCE DEFENDING FREEDOM | |
| 44180 Riverside Parkway | |
| Lansdowne, Virginia 20176 | |
| Telephone: (571) 707–4655 | |
| Facsimile: (571) 707–4656 | |
| tlanghofer@ADFlegal.org | |

* Admitted *pro hac vice.*

    *Attorneys for Plaintiff*      *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of June, 2022, I electronically filed a true and accurate copy of the foregoing document with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to the following attorneys of record:

>CHRISTOPHER CARR
>Attorney General
>KATHLEEN M. PACIOUS
>Deputy Attorney General
>ROGER CHALMERS
>Senior Assistant Attorney General
>ELLEN CUSIMANO
>Assistant Attorney General
>40 Capitol Square, Southwest
>Atlanta, Georgia 30334-1300
>Telephone: (404) 463–8850
>Facsimile: (404) 651–5304
>rchalmers@law.ga.gov
>ecusimano@law.ga.gov

*Attorneys for Defendants*

Respectfully submitted on this the 22nd day of June, 2022.

>*/s/ Travis C. Barham*
>Travis C. Barham
>*Attorney for Plaintiff*